UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHER'MON A. ALLEN,

     Plaintiff,

v.                                   Case No. 3:24cv252-LC-HTC

ADAM SUTTON, et al.,

     Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 9, 2024 (ECF No. 13), recommending that Plaintiff's motion for preliminary injunction be denied. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2.     Plaintiff Allen's motion for preliminary injunction (ECF No. 2) is DENIED.

**DONE AND ORDERED** this 10th day of September, 2024.

        s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**