UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHER'MON A. ALLEN,

    Plaintiff,

v.                                    Case No. 3:24cv252-LC-HTC

ADAM SUTTON,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 10, 2024 (ECF No. 15), recommending that Plaintiff's case be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) due to his failure to state a claim on which relief may be granted.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim on which relief may be granted.

3. The clerk shall close the file.

**DONE AND ORDERED** this 9th day of October, 2024.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv252-LC-HTC